United States District Court for the
Northern District of Mississippi
Greenville Division

| | | |
|---|---|---|
| Susan L. Yeager and Amelia A. Nichols, as General Guardians of the Person and Estate of Jacoba Louise Dooley, Plaintiffs | ) ) ) ) ) ) ) | |
| v. | ) | Civil Action No. 4:17-CV-168-DMB-JMV |
| | ) ) ) | |
| R. L. Brand and B & B Contracting Management Services, Inc., a Mississippi corporation, Defendants | ) ) ) ) | |

**ORDER SETTING JUDGMENT DEBTOR EXAMINATION**

It appearing to the court that on June 4, 2019, the court rendered a certain order [Dkt. #71] in which it ordered the above defendants to appear for a judgment debtor's examination at a location, date and time to be arranged by plaintiffs' counsel, and it further appearing to the court that by footnote to that order, the court provided that court facilities may be used for said examination,

IT IS ORDERED that the judgment debtor examination ordered pursuant to the order dated June 4, 2019, [Dkt. #71] is hereby set to commence at 2:00 p.m., on January 17, 2020, in the video room, Room 361, at the United States Courthouse and Post Office Building, 305 Main Street, Greenville, Mississippi, 38701.

Debtors are hereby ordered to appear at the aforesaid time and place and to submit to a judgment debtor examination. Debtors are ordered to bring with them the documents listed in the

Motion for Judgment Debtor Examination [Dkt. #62].  The court orders that a copy of this order along with a copy of the aforesaid motion be served on each of the debtors.

So ordered this the 4th day of December, 2019.

/s/ Jane M. Virden
U.S. Magistrate Judge

Rendition Requested:

/s/ *Robert G. Johnston*
Robert G. Johnston
Attorney At Law
MS Bar No. 3174
Alexander, Johnston & Alexander, P.A.
112 North Pearman Avenue
P.O. Box 1737
Cleveland, MS 38732-1737
662-843-3631
Fax 662-843-3638
E-Mail: alexjohn@cableone.net